United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, | No. C  09-0562 JL |
| Plaintiff, | |
| v. | **ORDER** |
| Vessel DAPHNE, Official Number 245872, her engines and appurtenances, *in rem*, and GERI M. FLANAGAN, and DARYL M. OBERACKER, individuals, *in personam,* | |
| Defendants. _____/ | |

    This Court reviewed Plaintiff's Request for Review in Accordance with Federal Rules of Civil Procedure Supplemental Rule C, and 46 U.S.C. 31342, for an Order authorizing issuance of a warrant of arrest of the *in rem* vessel and her engines and appurtenances. The Court reviewed the Memorandum of Points and Authorities, the verified complaint, and the pleadings, exhibits, and documents on file in this action.

    The Court finds good cause for issuance of the Warrant and instructs the Clerk to issue the Proposed Warrant submitted by Plaintiffs forthwith.

1     IT IS SO ORDERED.

2 DATED: February 10, 2009

                                                          James Larson
                                           Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\09-0562 ORDER.wpd