Robert N. Black, SBN 70178
299 I Street, Suite, 11B
Crescent City, CA 95531
Phone 707-464-7637
Fax    707-464-7647
Email  rblack@attyblack.com

Attorney for Plaintiff,
Crescent City Harbor District

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, | CV No. 09 0562 |
| Plaintiff, | (PROPOSED) WARRANT FOR ARREST OF VESSEL AND APPURTENANCES |
| vs. | |
| Vessel DAPHNE, Official Number 245872, her engines and appurtenances, *in rem*, and GERI M. FLANAGAN and DARYL M. OBERACKER, individuals, *in personam*, | |
| Defendants. | |

To the United States Marshal of the Northern District of California:

YOU ARE HEREBY COMMANDED to arrest and take into custody, until further order of the Court, the following described property:

Vessel DAPHNE, Official No. 245872, and her engines and appurtenances.

YOU ARE FURTHER COMMANDED, if the character or situation of the vessel or other property is such that the taking of actual possession is impracticable, to affix a copy of this warrant in a conspicuous place on said

Exhibit A: PROPOSED WARRANT - 1

vessel or other property and to leave a copy of the warrant and complaint in the action with the person having possession of the vessel or other property, or his agent.

Claims of persons entitled to possession of the vessel or other property arrested hereunder shall be filed with the Clerk of this Court and a copy thereof served on plaintiff's attorney within 10 days after publication of the notice of arrest of the vessel or other property and answers to the complaint shall be filed and served within 30 days after the date of publication of said notice of arrest.

Dated: _____2-10-09_____

RICHARD W. WEIKING
Clerk, United States District Court

By: _____Wings Hom_____

Exhibit A: PROPOSED WARRANT - 2