Robert N. Black, SBN 70178
Martha D. Rice, SBN 262100
299 I Street, Suite, 11B
Crescent City, CA 95531
Phone 707-464-7637
Fax 707-464-7647
Email rblack@attyblack.com
mrice@attyblack.com

Attorneys for Plaintiff,
Crescent City Harbor District

**RECEIVED**

APR 1 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, | Case No.: CV 09-0562 JL |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| vs. | |
| Vessel DAPHNE, Official Number 245872, her engines and appurtenances, *in rem*, and GERI M. FLANAGAN and DARYL M. OBERACKER, individuals, *in personam*, | |
| Defendants. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Crescent City Harbor District hereby dismisses the complaint in the above-entitled action against the vessel Daphne, O.N. 245872, and Geri M. Flanagan and Daryl M. Oberacker, with prejudice.

Dated: April 6, 2011

*Martha Rice*
Martha D. Rice
Attorney for Plaintiff

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

NOTICE OF DISMISSAL - 1